NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000539
02-MAY-2019
08:58 AM

NO. CAAP-15-0000539

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TH, Plaintiff-Appellee,
v.
JH, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 13-1-6851)

ORDER OF CORRECTION
(By: Ginoza, Chief Judge for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order in Case Number CAAP-15-0000539, filed on April 30, 2019, is hereby corrected as follows:

1. At page 1, in the seventh line of the caption, the court name "Circuit Court" is changed to "Family Court" so that the caption reads as follows:

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, May 2, 2019.

FOR THE COURT:

Chief Judge

---

[1] Ginoza, Chief Judge, Fujise and Hiraoka, JJ.